UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                   No. C 13-5738 SI (pr)

STEVEN DEAN PARKS,                      **ORDER OF DISMISSAL**

    Petitioner.
_____/

    Petitioner sent to the court a state court form request to waive court fees. In an effort to protect his rights, a new action was opened and the form was filed on December 11, 2013. Petitioner was informed that he had not filed a petition or complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Petitioner did not file a complaint or petition, and did not file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: March 12, 2014                               _____
                                                                   SUSAN ILLSTON
                                                                  United States District Judge