UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-5738 SI (pr) |
| STEVEN DEAN PARKS, | **JUDGMENT** |
|     Petitioner. | |

This action is dismissed without prejudice because petitioner failed to file a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 12, 2014

_____
SUSAN ILLSTON
United States District Judge